### D. C. McCOTTER v. NORFOLK SOUTHERN RAILROAD CO.

(Filed 30 September, 1925.)

APPEAL by plaintiff from *Barnhill, J.,* at May Term, 1925, of PAMLICO.

Civil action tried upon the following issue:

"Did the defendant negligently fail to furnish car fit and suitable for the transportation of the potatoes shipped by plaintiff as alleged in the complaint? Answer: No."

From a judgment on the verdict in favor of defendant, the plaintiff appeals, assigning errors.

*Z. V. Rawls for plaintiff.*
*Moore & Dunn for defendant.*

PER CURIAM. The evidence is conflicting on the main issue of liability; it is solely a question of fact; the jury has determined the matter against the plaintiff; there is no reversible error appearing on the record; the exceptions relating to the exclusion of evidence, and the one to the charge, must be resolved in favor of the validity of the trial; the verdict and judgment will be upheld.

No error.